AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

FILED IN CLERKS OFFICE
2005 FEB 16 P 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS

SHARON MCNULTY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-10040-WGY

MASSACHUSETTS BAY COMMUTER RAIL
COMPANY, LLC and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY

TO: (Name and address of defendant)

Massachusetts Bay Commuter Rail Company, LLC
89 South Street – 8th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices
1515 Market Street, Suite 1310
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 1/12/05

(BY) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January [illegible], [illegible]

I hereby certify and return that on 1/23/2005 at 8:35AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to R.Davey,Attorney & agent in charge at time of service, for Massachusetts Bay Commuter Rail Company,LLC, at , 89 South Street, [illegible] Floor Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Edward J. Tobin

Edward J. Tobin

Deputy Sheriff

Deputy Sheriff Edward J. Tobin

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me 1 | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date

Signature of Server

Address of Server

050/1782