UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2005 MAR -2 A 11:28
DISTRICT COURT
DISTRICT OF MASS

SHARON MCNULTY )
)
Plaintiff, )
) CIVIL ACTION NO.:05-10040 WGY
v. )
)
MASSACHUSETTS BAY COMMUTER )
RAIL COMPANY, LLC and )
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY )
a/k/a MBTA )

### CERTIFICATION

The plaintiff, Sharon McNulty, and her counsels hereby certify that they have attempted to confer with defendant counsel

(a) with a view toward establishing a budget for the costs of conducting this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as this outlined in Local Rule 16.4

On February 22, 2005, Plaintiff's counsel faxed copy of a proposed discovery plan to Defendant's Counsel in an attempted to submit a Joint Discovery Plan. After three follow up phone message, plaintiff's counsel has not received a response and therefore submit Plaintiff's Discovery Plan.

Dated: 3/1/05

By: /s/ Mario Bozza
Mario Bozza, Esq.
BBO:# 052860
63 Commercial Wharf
Boston, MA 02110

Of counsel

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 1310
Philadelphia, PA 19102
**ATTORNEYS FOR PLAINTIFF**