UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY ) | |
| ) | CIVIL ACTION NO.: 05-10040 WGY |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MASSACHUSETTS BAY COMMUTER ) | |
| RAIL COMPANY, LLC and ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY ) | |
| a/k/a MBTA ) | |

## CERTIFICATE OF SERVICE

I, Mario Bozza, attorney for the plaintiff, Sharon McNulty, hereby certify that a true copy of the foregoing Plaintiff's Proposed Discovery Plan was mailed first class, postage prepaid to the following:

John J. Bonistalli, Esq.
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

On this ___1st___ day of ___March___, 2005.

_____
Mario Bozza, Esq.