UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2005 MAR -4 P 4: 49
DISTRICT COURT
DISTRICT OF MASS.

SHARON MCNULTY,
Plaintiff,

v.                                       C.A. No. 05-10040-WGY

MASSACHUSETTS BAY COMMUTER
RAIL COMPANY, LLC, and
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY
a/k/a MBTA,
Defendants.

## DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

The defendants, Massachusetts Bay Commuter Rail Company, LLC, and the Massachusetts Bay Transportation Authority, along with their counsel, do hereby certify that they have conferred, as required by Local Rule 16.1 (D)(2):

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

John J. Bonistalli; BBO # 049120
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755
Counsel for defendants

Michelle Milot
Authorized Representative:
Massachusetts Bay Commuter
Rail Co., LLC, and MBTA
89 South Street
Boston, MA 02111

## CERTIFICATE OF SERVICE

I, John J. Bonistalli, do hereby certify that a true copy of the following:

1. Defendants' Motion to Join "Joint Discovery Plan"
2. Defendants' Local Rule 16.1 Certification

were sent via facsimile and first class mail, postage prepaid this 4th day of March, 2005 to the following counsel of record:

Mario Bozza, Esquire
63 Commercial Wharf
Boston, MA 02110

Steven M. Lafferty, Esquire
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 1310
Philadelphia, PA 19102

_____
John J. Bonistalli, BBO #049120