# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SHARON MCNULTY
             Plaintiff

CIVIL ACTION NO. 05-10040-WGY

V.

MASS. BAY COMMUTER RAILROAD CO., ET AL
             Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to     ADR - SEPTEMBER, 2005     for the following ADR process:

- ☐ SCREENING CONFERENCE
- ☐ EARLY NEUTRAL EVALUATION
- ☒ MEDIATION
- ☐ MINI-TRIAL
- ☐ SUMMARY JURY TRIAL
- ☐ SETTLEMENT CONFERENCE

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE:   8/4/05

/s/ Marie Bell
Deputy Clerk

To:   All Counsel of Record
      and ADR Provider

(ADR Assignment.wpd - 4/12/2000)                    [ntcasgnadr.]