UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY </br></br> Plaintiff, </br></br> v. </br></br> MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY a/k/a MBTA | CIVIL ACTION NO.:05-10040 WG |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

Now comes the plaintiff Sharon McNulty, and the defendants, Massachusetts Bay Commuter Rail Company, LLC, and Massachusetts Bay Transportation Authority and hereby respectfully request that parties be allowed to amend the Court Scheduling Order of March 7, 2005 as per the proposed scheduling order attached hereto. As grounds for and in support of this Motion, the parties states that despite the diligent efforts of all parties, they have been unable to complete the written discovery and depositions phase of the above captioned matter because of the vacations and business schedules of counsel.

Dated: 9-21-05

Respectfully submitted,

By: _____
Thomas DiGangi, Esq.
BBO#: 648415
Law Office of John Bonistalli
One Financial Center
Boston, MA. 02111
617-695-3755

**ATTORNEYS FOR DEFENDANTS**

By: _____
Mario Bozza, Esq.
BBO#: 052860
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
617-367-3100

**ATTORNEYS FOR PLAINTIFF**