UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER RAIL COMPANY, LLC and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY a/k/a MBTA | CIVIL ACTION NO.:05-10040 WG' |

**PROPOSED AMENDED JOINT SCHEDULING STATEMENT**

The parties, in the above captioned action, submit the following Proposed Amended Joint Scheduling Statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1 (G).

1. All written discovery shall be completed by December 30, 2005.

2. Non- Expert deposition shall be completed by January 30, 2006.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by Fed.R.Civ.P. 26(a)(2) by February 28, 2006.

4. Defendants shall designate and disclose information regarding its trial experts as required by Fed.R.Civ.P. 26(a)(2) by March 30, 2006.

5. All parties anticipate a final pre-trial conference would be scheduled by the Court for a date in April, 2006.

Dated: 9-21-05

Respectfully submitted,

By: /s/ Thomas DiGangi
Thomas DiGangi, Esq.
BBO#: 648415
Law Office of John Bonistalli
One Financial Center
Boston, MA. 02111
617-695-3755

**ATTORNEYS FOR DEFENDANTS**

By: /s/ Mario Bozza
Mario Bozza, Esq.
BBO#: 052860
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
617-367-3100

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY<br><br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA | CIVIL ACTION NO.:05-10040 WGY |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Motion to Amend Scheduling Order and Proposed Amended Scheduling Order were served by first class prepaid postage to all counsel of record.

on this 21st day of September, 2005.

Mario Bozza, Esq.