UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY ) | |
| ) | CIVIL ACTION NO.:05-10040 WGY |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MASSACHUSETTS BAY COMMUTER ) | |
| RAIL COMPANY, LLC and ) | |
| MASSACHUSETTS BAY ) | |
| TRANSPORTATION AUTHORITY ) | |
| a/k/a MBTA ) | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Federal Rules of Civil Procedure, the undersigned respectfully moves for the admission of Steven M. Lafferty, Esquire, of the Myers Lafferty Law Offices, 1515 Market Street, Suite 810, Philadelphia, Pennsylvania 19102 (215-988-1229), for the purposes of appearing as co-counsel on behalf of Sharon McNulty herein in the above referenced case only.

Steven M. Lafferty certifies herewith that he has studied the Federal Rules of Civil Procedure and the Massachusetts Local Rules and is a member in good standing with the Commonwealth of Pennsylvania.

In further support of this motion, it is hereby designated that Mario Bozza is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Mario Bozza, 63 Commercial Wharf, Boston, Massachusetts 02110 (617-367-3100), acts as local counsel in this matter on behalf of Sharon McNulty.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 1-30-06

*Mario Bozza*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

Executed under the penalty of perjury this 30th day of January, 2006.

Respectfully Submitted,

By: *Mario Bozza*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARON MCNULTY )
)
Plaintiff, ) CIVIL ACTION NO.:05-10040 WGY
)
v. )
)
MASSACHUSETTS BAY COMMUTER )
RAIL COMPANY, LLC and )
MASSACHUSETTS BAY )
TRANSPORTATION AUTHORITY )
a/k/a MBTA )
)

## CERIFICATION OF STEVEN M. LAFFERTY
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Steven M. Lafferty, hereby certify that I am a shareholder at Myers Lafferty Law Offices, P.C., pursuant to the Federal Rules of Civil Procedure and the Massachusetts Rules Local Rules, that I am an attorney in good standing and a member of the Bar of Pennsylvania, New Jersey and New York. I do not engage in general practice of law in the State of Massachusetts nor do I intend to do so during the period of my special admission *pro hac vice* in this case. I certify that I will conduct myself according to all the applicable rules and laws in the State of Massachusetts governing the conduct of attorneys.

Dated:

Steven M. Lafferty, Esq.
Myers Lafferty Law Offices, P.C.
1515 Market Street, Suite 810
Philadelphia, PA 19102
(215) 988-1229

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA | CIVIL ACTION NO.:05-10040 WGY |

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE**

This cause has come before the Court upon the application of Steven M. Lafferty, counsel for Sharon McNulty for permission to appeal and participate *pro hac vice* in the above-caption matter. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion is hereby GRANTED.

IT IS SO ORDERED this _____ day of _____, 2006.

BY THE COURT:

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON MCNULTY<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY COMMUTER<br>RAIL COMPANY, LLC and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>a/k/a MBTA | CIVIL ACTION NO.:05-10040 WGY |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via First Class US Mail to :

John J. Bonistalli, Esquire
Thomas V. DiGangi, Esquire
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

on this 30th day of January, 2006.

*/s/ Mario Bozza*
Mario Bozza, Esq.
Law Offices of Mario Bozza
63 Commercial Wharf
Boston, MA 02110
(617) 367-3100