UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SHARON McNULTY                        )
    Plaintiff                                      )
                                                        )
v.                                                     )
                                                        )    CIVIL ACTION NO. 05-10040 WGY
MASSACHUSETTS BAY COMMUTER  )
RAIL COMPANY, LLC and              )
MASSACHUSETTS BAY                  )
TRANSPORTATION AUTHORITY,    )

**STIPULATION OF DISMISSAL PURSUANT TO FED.R.CIV.P.41(a)(1)(ii)**

Now come the parties in the above-captioned matter, plaintiff Sharon McNulty and defendants Massachusetts Bay Commuter Rail Company, LLC and the Massachusetts Bay Transportation Authority, and pursuant to Fed. R. Civ. P. 41 (a)(1)(ii) stipulate to a dismissal of this action in its entirety. Such dismissal is with prejudice, without costs and interest, and without attorney's fees. All rights of appeal are expressly waived.

                                                     Respectfully Submitted

Sharon McNulty                           Mass. Bay Commuter Rail Company, LLC
                                                        Mass. Bay Transportation Authority
By Her Attorney                          By Their Attorney

Steven Lafferty, Esquire                 John J. Bonistalli, Esquire; BBO# 049120
Myers Lafferty, P.C.                       Law Offices of John J. Bonistalli
1515 Market Street, Suite 810          One Financial Center
Philadelphia, PA 19102                  Boston, MA 02111
(215) 988-1229                              (617) 695-3755, ext. 22

Dated: 4/21/06